RECEIVED
IN LAKE CHARLES, LA

APR 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY JOHNSON, ET AL. | : | DOCKET NO. 2:06 CV 1791 |
| VS. | : | JUDGE MINALDI |
| FEDERAL INSURANCE CO. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the Motion for Summary Judgment [doc. 16] filed by Federal Insurance Company is DENIED. The plaintiffs' state law claim will henceforth be considered a claim made under the Employee Retirement Security Act's civil enforcement provision, 29 U.S.C. § 1132.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT